IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 1:07CR00028 |
| v. | ) | **ORDER** |
| | ) | |
| **DEMETRIUS TYRONE GARDNER,** | ) | By: James P. Jones |
| | ) | United States District Judge |
| Defendant. | ) | |

For the reasons set forth in the Opinion accompanying this Final Order, it is **ORDERED** as follows:

1. The government's Motion to Dismiss (ECF No. 100) is DENIED;

2. The defendant's Motion to Vacate, Set Aside or Correct Sentence, pursuant to 28 U.S.C.A. § 2255 (ECF No. 94) is GRANTED and his prior sentence is VACATED, effective upon his resentencing; and

3. The clerk shall arrange for the defendant's present appointed counsel to be appointed to represent him for resentencing.

ENTER: April 27, 2012

/s/ James P. Jones
United States District Judge